UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 19-22391 |
| --- | --- | --- |
| Celso Morales, Jr. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

THIS MATTER coming to be heard upon creditor, Leos Janostak, Motion to Approve Agreed Order Modifying the Automatic Stay, due notice having been given to all parties of interest and the Court being advised in the premises,

IT IS ORDERED THAT:

1. Relief from the automatic stay is granted to allow Leos Janostak to pursue his Circuit Court of Cook County, Illinois, Case No. 2017 L 005752, but to collect on any judgment obtained only from the Debtor's insurer only and not from the Debtor personally.

2. The stay in Bankruptcy Rule 4001(a)(3) is waived.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 15, 2019

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave. Ste. 200
Des Plaines, IL 60018
tel: 773-570-0054
fax: 773-570-5449
email: arthur@corbin-law.com